**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MIKE WHITMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| BLATT, HASENMILLER, LEIBSKER | ) | |
| AND MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

MIKE WHITMAN ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges

the following against BLATT, HASENMILLER, LEIBSKER AND MOORE ("Defendant"):

## INTRODUCTION

1.      Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C.

1692 *et seq.* (FDCPA).

2.      Defendant acted through its agents, employees, officers, members, directors, heirs,

successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that

such actions may be brought and heard before "any appropriate United States district court without

regard to the amount in controversy."

4.      Defendant conducts business in the state of Illinois, and therefore, personal

jurisdiction is established.

5.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6.      Plaintiff is a natural person residing in Lake Villa, Lake County, Illinois, and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

7.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a corporation located in Chicago, Cook County, Illinois.

9.      Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10.      On or about February 23, 2011, Defendant called Plaintiff at work (262-835-3099). Plaintiff told Defendant to stop calling him at work because such calls were prohibited.  During this conversation, Defendant threatened to file a lawsuit against Plaintiff and serve him with a summons.

11.      Despite being so informed, Defendant called back two hours later.  Plaintiff's co-worker has answered calls from Defendant at Plaintiff's workplace.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

12.      Defendant violated the FDCPA based on the following:

   a.   Defendant violated §1692c(a)(3) of the FDCPA by calling Plaintiff at his place of employment when Defendant knew such calls were prohibited.

   b.   Defendant violated §1692d of the FDCPA by engaging in conduct the natural

consequence of which is to harass, oppress, or abuse Plaintiff; and

    c.   Defendant violated §1692e(5) of the FDCPA by threatening to sue Plaintiff

when Defendant did not intent or could not take such action.

WHEREFORE, Plaintiff, MIKE WHITMAN, respectfully requests judgment be entered

against Defendant, BLATT, HASENMILLER, LEIBSKER AND MOORE, for the following:

13. Statutory damages of $1,000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

14. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

15. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: _/s/ Adam T. Hill_____
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
(312) 578-9428
ahill@consumerlawcenter.com
Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, MIKE WHITMAN, demands a jury trial in this

case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF ILLINOIS

COUNTY OF LAKE)

Plaintiff, MIKE WHITMAN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MIKE WHITMAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

6/8/11
Date

MIKE WHITMAN

5